| | | |
|---|---|---|
| Jamaica Station<br>Jamaica, NY 11435-4380<br>718 558-7760 Tel<br>718 558-8211 Fax | **Catherine Rinaldi**<br>Interim President | **Stephen Papandon**<br>Acting Vice President, General Counsel & Secretary |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2024

**MEMO ENDORSED**

November 18, 2024

<u>Via ECF</u>

Hon. Judge Katharine H. Parker
Daniel Patrick Moynihan Courthouse
500 Pearl St., New York, NY
Courtroom 17D

        *Re:    Craig Dellarocco v. Long Island Railroad Company*
        *Docket No.: 24-cv-02786*
        *Our File No.: JN-7260*

Dear Judge Parker:

    <u>May it please the Court. This matter is scheduled for a settlement conference on November 25, 2024, before Your Honor. I respectfully request this conference be adjourned to follow the completion of expert discovery.</u> Plaintiff remains out of work due to injuries allegedly sustained on March 13, 2023. Plaintiff's injuries may lead to his forced retirement from LIRR. In order to properly evaluate his claim, LIRR requires expert discovery, specifically an examination by an expert orthopedist and vocational rehabilitation expert. Should Plaintiff's injuries result in a forced retirement he will demand compensation for significant economic loss. Therefore, the case is not yet ripe for settlement due to the need for expert discovery and a determination if Plaintiff will return to work. <u>The deadline for expert discovery is January 24, 2025. I make this request with the consent of Plaintiff's counsel. This is the parties first request to adjourn the conference. Thank you.</u>

        Very truly yours,
        *Christopher J. Pogan*
        Christopher J. Pogan, Esq.
        (718) 558-7760

cc:
    Flynn & Wietzke, P.C.

*The agencies of the MTA*

MTA New York City Transit    MTA Metro-North Railroad    MTA Capital Construction
MTA Long Island Rail Road    MTA Bridges and Tunnels    MTA Bus Company

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Monday, November 25, 2024 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Monday, February 3, 2025 at 10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parkers Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>Janaury 27, 2025 by 5:00 p.m.</u>

APPLICATION GRANTED

*[signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

11/19/2024