# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 330
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ
_____
Sean Constable, Esq.
Admitted in NY & MA

Offices throughout the Northeast
Toll Free: (866) 877-FELA



January 24, 2025

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      RE:    CRAIG DELLAROCCO v. LONG ISLAND RAILROAD COMPANY
             24 Civ. 2786 (JPO)

Dear Magistrate Judge Parker:

      We represent plaintiff in the above-referenced matter and are writing on behalf of both parties to request an adjournment of the February 3, 2025 settlement conference.

      On December 2, 2024, Judge Oetken granted the parties' request for a discovery extension. The current end dates for fact and expert discovery are January 31, 2025, and March 17, 2025, respectively. The parties will not be in a position to have a meaningful settlement conference until after expert discovery is complete. The parties have conferred and are available the following dates:

- March 24, 2025
- Week of March 31, 2025
- April 7, 11 or 15, 2025

      Thank you.

                                      Very truly yours,

                                      Sean P. Constable

cc: Christopher Pogan, Esq.

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Monday, February 3, 2025 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled <u>to Tuesday, April 15, 2025 at 10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare preconference submissions in accordance with the Judge Parkers Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>April 8, 2025 by 5:00 p.m.</u>

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

01/27/2025