UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CRAIG DELLAROCCO,

               Plaintiff,                      24 Civ. 2786 (JPO)

    -against-                          **VERDICT FORM**

LONG ISLAND RAILROAD COMPANY,

               Defendant.
-------------------------------------------------------------X

1. Has the plaintiff proven that the defendant was negligent in failing to provide a safe place to work?

    Yes  ✓     No  ____

    If your answer is "yes," go on to Question No. 2. If you answered "no," please stop here, and date and sign the verdict form.

2. Has the plaintiff proven that the defendant's negligence caused, in whole or in part, any injury to the plaintiff?

    Yes  ✓     No  ____

    If you answered "yes," go on to Question No. 3. If you answered "no," please stop here, and date and sign the verdict form.

3. What amount of damages do you find plaintiff sustained as a result of the injury?

    a. Loss of earnings from March 14, 2023 to present
    $ 261,844

    b. Loss of future earnings and fringe benefits
    $ 1,819,890

    c. Past pain and suffering, including any resulting from loss of enjoyment of life
    $ 250,000

d. Future pain and suffering, including any resulting from loss of enjoyment of life

$ 2,600,000

Total Damages: $ 4,931,734

4. Has the defendant proven that plaintiff's own contributory negligence caused, in whole or in part, any injury to the plaintiff?

Yes ✓          No ____

If your answer is "yes," go on to Question No. 5. If you answer is "no," please stop here, and date and sign the verdict form.

5. What percentage of plaintiff's total damages was the result of defendant's negligence and what percentage of plaintiff's total damages was the result of his own negligence?

Defendant    85 %
Plaintiff    15 %

TOTAL: 100%

_____          July 31, 2025
Foreperson                    Date

Court exhibit 4
2:45 pm