UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CRAIG DELLAROCCO,

                Plaintiff,                                24 Civ. 2786 (JPO)

  -against-                                       **JUDGMENT**

LONG ISLAND RAILROAD COMPANY,

                Defendant.
----------------------------------------------------------X

J. PAUL OETKEN, United States District Judge:

      After a jury trial before the Hon. J. Paul Oetken, United States District Judge, a jury rendered a verdict on July 31, 2025 in favor of Plaintiff, Craig DellaRocco, against Defendant Long Island Railroad Company in the total amount of $4,931,734.00, broken down as follows: $261,844.00 for past loss of earnings; $1,819.890 for future loss of earnings; $250,000.00 for Past pain and suffering and $2,600,000.00 for future pain and suffering. The jury further found Defendant 85% at fault and plaintiff 15 percent contributorily negligent. Plaintiff's total net verdict is therefore $4,191,973.90.

      Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of Plaintiff Craig DellaRocco as against Defendant Long Island Railroad Company for the sum of $4,191,973.90, plus post-judgment interest pursuant to 28 USC §1961(a), including costs as allowed by law.

                                                                    SO ORDERED:

Dated:    August 6, 2025
             New York, New York

                                                                _____
                                                                    J. PAUL OETKEN
                                                                    United States District Judge